UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 12-62430-CIV-ALTONAGA/Simonton

JUNEY REID AND RUDOLPH REID,

    Plaintiffs,

v.

FEDERATED NATIONAL INSURANCE COMPANY,

    Defendant.

## RULE 41(a) JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

NOW INTO COURT, through undersigned counsel of record, come the Plaintiffs, JUNEY REID AND RUDOLPH REID, and Defendant, FEDERATED NATIONAL INSURANCE COMPANY, who each and all do hereby stipulate and agree that all claims in the above referenced cause have been resolved and that the above referenced matter may be dismissed with prejudice, each party to bear its own costs.

WHEREFORE Plaintiffs, JUNEY REID AND RUDOLPH REID, and Defendant, FEDERATED NATIONAL INSURANCE COMPANY pray that the Court issue an Order dismissing this matter with prejudice, and with each party to bear its own costs.

CASE NO. 12-62430-CIV-ALTONAGA/Simonton

- 2 -

Dated this 27th day of June, 2013.

| | |
|---|---|
| s/Ely R. Levy | s/J. Michael Pennekamp |
| Ely R. Levy, Esq. | J. Michael Pennekamp |
| MILITZOK & LEVY | Fla. Bar No. 983454 |
| The Yankee Clipper Law Center | FOWLER WHITE BURNETT P.A. |
| 3230 Stirling Road, Suite 1 | Espirito Santo Plaza |
| Hollywood, FL 33021 | 1395 Brickell Avenue, 14th Floor |
| Office: (954) 727-8570 | Miami, Florida 33131-3302 |
| Fax: (954) 241-6857 | Telephone: (305) 789-9200 |
| Email: elevy@mllawfl.com | Facsimile: (305) 789-9201 |
| *Counsel for Juney Reid Rudolph Reid* | E-mail: jmp@fowler-white.com |
| | *Counsel for Federated National Insurance Company* |

CASE NO. 12-62430-CIV-ALTONAGA/Simonton

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2013, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ J. Michael Pennekamp
J. Michael Pennekamp

## SERVICE LIST

CASE NO. 12-62430-CIV-ALTONAGA

| | |
|---|---|
| Ely R. Levy, Esq.<br>MILITZOK & LEVY<br>The Yankee Clipper Law Center<br>3230 Stirling Road, Suite 1<br>Hollywood, FL 33021<br>E-Mail: elevy@mllawfl.com;<br>maritza@mllawfl.com; flservice@mllawfl.com<br>Telephone: (954) 727-8570<br>Facsimile: (954) 241-6857<br>Attorney for JUNEY REID AND RUDOLPH REID | Matthew J. Militzok, Esq.<br>MILITZOK & LEVY<br>The Yankee Clipper Law Center<br>3230 Stirling Road, Suite 1<br>Hollywood, FL 33021<br>E-Mail: mjm@mllawfl.com<br>Telephone: (954) 727-8570<br>Facsimile: (954) 241-6857<br>Attorney for JUNEY REID AND RUDOLPH REID |